Jerry L. Steering (SBN 122509)
LAW OFFICES OF JERRY STEERING
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
(949) 474-1883 Fax
jerry@steeringlaw.com
Attorney for plaintiff Kevin Giang

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN GIANG,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO,<br><br>    Defendants. | Case No.: 5:22-CV-00178-JFW-RAOx<br><br>ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANT CITY OF SAN BERNARDINO'S MOTION TO DISMISS COMPLAINT |

**HAVING CONSIDERED** the parties' Stipulation to Continue Hearing on Defendant City of San Bernardino's Motion to Dismiss Complaint, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that the hearing on Defendant City of San Bernardino's Motion to Dismiss Complaint is continued from June 6, 2022 to June 13, 2022.

Dated: May 25, 2022

_____
JOHN F. WALTER, UNITED STATES DISTRICT JUDGE