UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 22-178-JFW(RAOx)**                                      Date:  October 3, 2022

Title:   Kevin Giang -v- City of San Bernardino, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

In the Court's Scheduling and Case Management Order ("CMO") filed on May 16, 2022 (Docket No. 29), the Court set September 26, 2020 as the last day to conduct a Settlement Conference and September 30, 2022 as the last day to file a Joint Report Re: Results of Settlement Conference.  Based on Defendant's Report Re Settlement Conference filed on September 30, 2022 (Docket No. 49), it appears that Plaintiff has failed to cooperate with Defendant in scheduling the mediation and has violated the Court's CMO by failing to complete the mediation by the Court-ordered deadline of September 26, 2020.

Accordingly, lead counsel for Plaintiff is ordered to show cause in writing by **October 7, 2022** why the Court should not dismiss this action or impose sanctions in the amount of $1,500.00 against lead counsel for violating the Court's CMO.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action and imposition of sanctions.

IT IS SO ORDERED.